ACCEPTED
04-15-00052-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/12/2015 4:08:49 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-15-00052-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/12/2015 4:08:49 PM
KEITH E. HOTTLE
Clerk

## IN THE COURT OF APPEALS

## FOR THE FOURTH DISTRICT OF TEXAS

## AT SAN ANTONIO, TEXAS

### BILLY AND CAROLYN WHITFIELD

**Appellants**

**v.**

### CHARLES THOMAS ONDREJ, ET. AL.

**Appellees**

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

### Appeal from the

### 81st Judicial District Court of Karnez County, Texas,

### Trial Court Cause No. 12-10-00231-CVK

TO THE HONORABLE COURT OF APPEALS:

Appellants, Billy and Carolyn Whitfield, file this second Unopposed Motion for Extension of Time to File Appellants' Brief, and in support shows the following:

{03359335.DOCX / }

This court has authority under Texas Rule of Appellate Procedure 38.6(d) to grant a motion for extension of time to file a brief in this Court, and this Court has previously granted Appellants one extension of time to file their brief. Appellants' brief is currently due on Monday, May 18, 2015.

The trial court granted Appellees' Motion for Summary Judgment on January 8, 2015, and the clerk's record was filed in this Court on March 18, 2015.

Appellants seek additional time to file their brief due to the fact that the primary author of the brief has been traveling and attending unexpected depositions and hearings both in and out of state, causing the primary author to be out of the office much of the past three weeks. Additionally, the primary author has had numerous personal obligations on the weekends in relation to family gatherings and weddings.

Appellants therefore request a twenty-one (21) day extension to file their brief, until June 8, 2015. The primary author has cleared her calendar in order to complete this brief and does not foresee the need for any further delay in the filing of the brief.

### Prayer

For all the reasons set forth above, Appellants respectfully requests a twenty-one (21) day extension of the deadline for the filing of their brief in this Court and for such other and further relief to which they may be entitled.

Respectfully submitted,

JAMES M. "JAMIE" PARKER, JR.
State Bar No. 15488710
Telephone: (210) 731-6364
Facsimile:   (210) 785-2964
Email: jparker@namanhowell.com
LARRY D. WARREN
State Bar No. 20888450
Telephone: (210) 731-6350
Facsimile:   (210) 785-2950
Email: lwarren@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with counsel for Appellees by email and telephone, and they are not opposed.

James M. Parker, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellant's Motion for Extension of Time to File Their Brief has been served on the following on this _12th_ day of May, 2015:

*Via Facsimile: (210) 349-1918*
Jerry T. Steed
Baucum Steed Baker
1100 N.W. Loop 410, Suite 260
San Antonio, TX 78213
**ATTORNEYS FOR APPELLEES ONDREJ**

*Via Facsimile: (210) 820-0077*
William H. Oliver
Pipkin & Oliver, L.L.P
1020 Northeast Loop 410, Suite 810
San Antonio, TX 78209
**ATTORNEYS FOR APPELLEE
GENEVIEVE MAHER**

*Via Facsimile: (210) 804-2339*
Matthew J. Countryman
Lane & Countryman
8526 N. New Braunfels Ave.
San Antonio, TX 78217
**TRIAL ATTORNEYS FOR
APPELLANTS**

_____
JAMES M. PARKER, JR.